IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR374 |
| vs. | |
| CORITA YVONNE BURNETT, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 77), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that Clarence E. Mock, III, P.O. Box 62, Oakland, Nebraska, 68045, telephone number (402) 685-5647, is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender, shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that Travis Penn shall forthwith provide Clarence E. Mock, with the discovery materials provided the defendant by the government and such other materials obtained by him which are material to Burnett's defense.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Clarence E. Mock, III. A copy of this order will also be mailed to Defendant.

DATED this 19th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge