AO245B(Rev 02/16) Judgment in a Criminal Case                                          Judgment Page 2 of 8

DEFENDANT: CORITA YVONNE BURNETT
CASE NUMBER: 8:17CR374-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to Colorado or within 500 miles of Omaha Nebraska.
3. Defendant should be given credit for time served.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on

   ☒ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on 12/03/2019 to FCI Waseca at Waseca, MN, with a certified copy of this judgment.

Nanette Barnes, Warden
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

*[Stamp: FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2019 DEC 10 PM 2:10 OFFICE OF THE CLERK]*