IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR374 |
| vs. | ORDER |
| CORITA YVONNE BURNETT, | |
| Defendant. | |

Before the Court is non-party Henry C. Walker's Request for Transcript (Filing No. 177) of the plea hearing held on January 18, 2019 and the sentencing hearing held on April 12, 2019.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 177) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Henry C. Walker at 1914 N. 40th Street, Omaha, Nebraska 68111.
3. Court reporter Susan DeVetter is directed to advise Mr. Walker of the cost to obtain the transcripts. Mr. Walker will be responsible for that transcript cost.

Dated this 15th day of January 2020.

BY THE COURT:

*(signature)*

Robert F. Rossiter, Jr.
United States District Judge