IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CORITA YVONNE BURNETT,<br><br>               Defendant. | 8:17CR374<br><br><br>ORDER |

    This matter is before the Court on defendant Corita Yvonne Burnett's ("Burnett") Motion for Reduction of Sentence (Filing No. 182) pursuant to 18 U.S.C. § 3582(c)(1)(A). That statute, in pertinent part, permits Burnett to move the Court to reduce her sentence for "extraordinary and compelling reasons" thirty days after the warden of the facility where she resides receives a request to file such a motion on her behalf. *Id.* § 3582(c)(1)(A)(i); *see also United States v. Raia*, 954 F.3d 594, 595 (3d Cir. 2020).

    The Court's initial review of Burnett's motion indicates she has potentially raised a colorable claim under § 3582(c)(1)(A). The Court finds that input from the government and the U.S Probation and Pretrial Services Office would help the Court determine whether relief is warranted in this case. Accordingly,

    IT IS ORDERED:

1. The government shall respond to Burnett's motion on or before July 24, 2020. Burnett shall promptly file any supplementary briefing or evidence necessary to the Court's disposition of the motion. Absent an extension, Burnett's motion shall be deemed submitted as of August 3, 2020.

2. The probation office is directed to investigate Burnett's reduction request and promptly file under seal a report of the results of that investigation.

    Dated this 15th day of July 2020.

BY THE COURT:<br><br>
*/s/ Robert F. Rossiter, Jr.*<br>
Robert F. Rossiter, Jr.<br>
United States District Judge