IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR374 |
| v. | |
| CORITA YVONNE BURNETT, | JUDGMENT |
| Defendant. | |

For the reasons stated in the Memorandum and Order entered today (Filing No. 213), defendant Corita Yvonne Burnett's Motion to Vacate, Set Aside, or Correct her Sentence pursuant to 28 U.S.C. § 2255 (Filing No. 212) is dismissed.

Dated this 21st day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge